(102 So. 723)

### Ex parte Sam ZORN. (4 Div. 194.)

(Supreme Court of Alabama. Jan. 22, 1925.)

Certiorari to Court of Appeals.

G. E. Jones, of Clayton, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

THOMAS, J. Petition of Sam Zorn for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Zorn v. State, 102 So. 722.

Writ denied.

ANDERSON, C. J., and GARDNER, and MILLER, JJ., concur.